IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Pamela Savage, *on behalf of herself and all other similarly situated*,

Case No. 3:18 CV 2061

Plaintiff,

DISMISSAL ORDER

-vs-

JUDGE JACK ZOUHARY

The Fremont Company,

Defendant.

Counsel have entered into a Settlement Agreement, which has been approved by this Court.

Therefore, the docket is marked:  "Settled and dismissed with prejudice."

This Court retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

____s/ Jack Zouhary____
JACK ZOUHARY
U. S. DISTRICT JUDGE

April 12, 2019